Colorado Supreme Court Opinions || May 2, 2016

Colorado Supreme Court -- May 2, 2016
2016 CO 29. No. 15SC667. City of Longmont v. Colorado Oil and Gas Assân.

 Applying well-established preemption principles, the Supreme Court concluded that the City of Longmont’s ban on fracking and the storage and disposal of fracking wastes within its city limits operationally conflicts with applicable state law. Accordingly, the Court held that Longmont’s fracking ban is preempted by state law and, therefore, is invalid and unenforceable. The Court further held that the inalienable rights provision of the Colorado Constitution does not save the fracking ban from preemption by state law. The court thus affirmed the district court’s order enjoining Longmont from enforcing the fracking ban and remanded the case for further proceedings.

These opinions are not final. They may be modified, changed or withdrawn in accordance with Rules 40 and 49 of the Colorado Appellate Rules. Changes to or modifications of these opinions resulting from any action taken by the Court of Appeals or the Supreme Court are not incorporated here. 

Colorado Supreme Court Opinions || May 2, 2016

Back